**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01985-TPO

RANDEE HEBERT,

Plaintiff,

v.

REVISION REAL ESTATE, LLC,
and SUITES IQ LLC, d/b/a HOLIDAY
CHALET A/K/A THE CHALET, and
KHALIL NASSER and ANTOINE ATTIER,
Individually.

Defendants.

---

**DEFENDANT REVISION REAL ESTATE, LLC AND SUITES IQ, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT FOR MISCLASSIFICATON AND UNPAID WAGES**

---

Defendants Revision Real Estate, LLC ("Revision") and Suites IQ, LLC d/b/a Holiday Chalet a/k/a The Chalet ('Suites") (collectively, "LLC Defendants") through counsel, Gordon Rees Scully Mansukhani, LLP, respectfully submit their Answer to Plaintiff's Complaint for Misclassification and Wages, as follows:

## I. RESPONSE TO PRELIINARY STATEMENT

1. LLC Defendants deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. LLC Defendants deny the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. LLC Defendants deny the allegations contained in paragraph 3 of

Plaintiff's Complaint.

4. LLC Defendants deny the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. LLC Defendants deny the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. LLC Defendants deny the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. LLC Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. LLC Defendants deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. LLC Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. LLC Defendants deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

## II. RESPONSE TO JURIDICTION AND VENUE

11. LLC Defendants incorporate by reference their responses to paragraphs 1 through 10 of the Complaint as if set forth fully herein.

12. Paragraph 12 contains a statement of law for which no response is required. To the extent that a response is required, LLC Defendants admit only that this Court has jurisdiction over this matter.

13. LLC Defendants deny the allegations contained in paragraph 13 of

Plaintiff's Complaint.

14. LLC Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 15 of the Complaint and therefore deny the allegations.

16. Paragraph 16 contains a statement of law for which no response is required. To the extent that a response is required, LLC Defendants admit only that this Court has jurisdiction over this matter.

17. Paragraph 17 contains a statement of law for which no response is required. To the extent that a response is required, LLC Defendants admit only that venue is proper.

**III. REPONSE TO PARTIES**

18. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 18 of the Complaint and therefore deny the allegations.

19. LLC Defendants deny the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. LLC Defendants admit the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. LLC Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. LLC Defendants admit the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. LLC Defendants deny the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. LLC Defendants admit only that Khalil Nasser is a member of Revision and Suites. LLC Defendants deny the remaining allegations contained in paragraph 24 of Plaintiff's Complaint.

25. LLC Defendants deny the allegations contained in paragraph 25 of Plaintiff's Complaint.

26. LLC Defendants admit only that Attier hired Plaintiff. LLC Defendants deny the remaining allegations contained in paragraph 26 of Plaintiff's Complaint.

27. LLC Defendants deny the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. LLC Defendants deny the allegations contained in paragraph 28 of Plaintiff's Complaint.

## IV. RESPONSE TO GENERAL ALLEGATIONS

29. LLC Defendants incorporate by reference their responses to paragraphs 1 through 28 of the Complaint as if set forth fully herein.

30. LLC Defendants deny the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. LLC Defendants admit the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. LLC Defendants deny the allegations contained in paragraph 32 of Plaintiff's Complaint.

33. LLC Defendants deny the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. LLC Defendants admit the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. LLC Defendants admit the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. LLC Defendants admit the allegations contained in paragraph 36 of Plaintiff's Complaint.

37. LLC Defendants admit the allegations contained in paragraph 37 of Plaintiff's Complaint.

38. LLC Defendants deny the allegations contained in paragraph 38 of Plaintiff's Complaint.

39. LLC Defendants deny the allegations contained in paragraph 39 of Plaintiff's Complaint.

40. LLC Defendants admit only that Revision issued Plaintiff an IRS 1099 form. LLC Defendants deny the remaining allegations contained in paragraph 40 of Plaintiff's Complaint.

41. LLC Defendants admit the allegations contained in paragraph 41 of Plaintiff's Complaint.

42. LLC Defendants deny the allegations contained in paragraph 42 of

Plaintiff's Complaint.

43. LLC Defendants deny the allegations contained in paragraph 43 of Plaintiff's Complaint.

44. LLC Defendants deny the allegations contained in paragraph 44 of Plaintiff's Complaint.

45. LLC Defendants deny the allegations contained in paragraph 45 of Plaintiff's Complaint.

46. LLC Defendants admit the allegations contained in paragraph 46 of Plaintiff's Complaint.

47. LLC Defendants deny the allegations contained in paragraph 47 of Plaintiff's Complaint.

48. LLC Defendants deny the allegations contained in paragraph 48 of Plaintiff's Complaint.

49. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 49 of the Complaint and therefore deny the allegations.

50. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 50 of the Complaint and therefore deny the allegations.

51. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 51 of the Complaint and therefore deny the allegations.

52. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 52 of the Complaint and therefore deny the allegations.

53. LLC Defendants deny the allegations contained in paragraph 53 of Plaintiff's Complaint.

54. LLC Defendants deny the allegations contained in paragraph 54 of Plaintiff's Complaint.

55. LLC Defendants deny the allegations contained in paragraph 55 of Plaintiff's Complaint.

56. LLC Defendants deny the allegations contained in paragraph 56 of Plaintiff's Complaint.

57. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 57 of the Complaint and therefore deny the allegations.

58. LLC Defendants deny the allegations contained in paragraph 58 of Plaintiff's Complaint.

59. LLC Defendants deny the allegations contained in paragraph 59 of Plaintiff's Complaint.

60. LLC Defendants admit only that Plaintiff was required to keep track of her hours and submit her hours to Revision. LLC Defendants deny the remaining allegations contained in paragraph 60 of Plaintiff's Complaint.

61. LLC Defendants admit the allegations contained in paragraph 61 of

Plaintiff's Complaint.

62. LLC Defendants deny the allegations contained in paragraph 62 of Plaintiff's Complaint.

63. LLC Defendants deny the allegations contained in paragraph 63 of Plaintiff's Complaint.

64. LLC Defendants deny the allegations contained in paragraph 64 of Plaintiff's Complaint.

65. LLC Defendants deny the allegations contained in paragraph 65 of Plaintiff's Complaint.

66. LLC Defendants deny the allegations contained in paragraph 66 of Plaintiff's Complaint.

67. LLC Defendants deny the allegations contained in paragraph 67 of Plaintiff's Complaint.

68. LLC Defendants deny the allegations contained in paragraph 68 of Plaintiff's Complaint.

69. LLC Defendants deny the allegations contained in paragraph 69 of Plaintiff's Complaint.

## RESPONSE TO FIRST CLAIM FOR RELIEF
**Failure to Pay Overtime Premiums**

70. LLC Defendants incorporate by reference their responses to paragraphs 1 through 69 of the Complaint as if set forth fully herein.

71. LLC Defendants admit that from approximately September 2021 to March 2022, Plaintiff was an employee of Suites. LLC Defendants deny the remaining

allegations contained in paragraph 71 of Plaintiff's Complaint.

72. LLC Defendants deny the allegations contained in paragraph 72 of Plaintiff's Complaint.

73. LLC Defendants deny the allegations contained in paragraph 73 of Plaintiff's Complaint.

74. LLC Defendants deny the allegations contained in paragraph 74 of Plaintiff's Complaint.

75. LLC Defendants deny the allegations contained in paragraph 75 of Plaintiff's Complaint.

76. LLC Defendants are without sufficient information and knowledge to form a belief as to the truth and veracity of allegations contained in paragraph 76 of the Complaint and therefore deny the allegations.

77. LLC Defendants deny the allegations contained in paragraph 77 of Plaintiff's Complaint.

78. LLC Defendants deny the allegations contained in paragraph 78 of Plaintiff's Complaint.

79. LLC Defendants deny the allegations contained in paragraph 79 of Plaintiff's Complaint.

80. LLC Defendants deny the allegations contained in paragraph 80 of Plaintiff's Complaint.

## RESPONSE TO SECOND CLAIM FOR RELIEF
**Failure to Pay Overtime Wages**

81. LLC Defendants incorporate by reference their responses to paragraphs 1

through 80 of the Complaint as if set forth fully herein.

82. LLC Defendants deny the allegations contained in paragraph 82 of Plaintiff's Complaint.

83. LLC Defendants deny the allegations contained in paragraph 83 of Plaintiff's Complaint.

84. LLC Defendants deny the allegations contained in paragraph 84 of Plaintiff's Complaint.

85. LLC Defendants deny the allegations contained in paragraph 85 of Plaintiff's Complaint.

86. LLC Defendants deny the allegations contained in paragraph 86 of Plaintiff's Complaint.

87. LLC Defendants deny the allegations contained in paragraph 87 of Plaintiff's Complaint.

88. LLC Defendants deny the allegations contained in paragraph 88 of Plaintiff's Complaint.

89. LLC Defendants deny the allegations contained in paragraph 89 of Plaintiff's Complaint.

90. LLC Defendants deny the allegations contained in paragraph 90 of Plaintiff's Complaint.

## RESPONSE TO THIRD CLAIM FOR RELIEF
## Failure to Provide Meals and Rest Periods

91. LLC Defendants incorporate by reference their responses to paragraphs 1 through 90 of the Complaint as if set forth fully herein.

92. Paragraph 92 of Plaintiff's Complaint contains a statement of law for which no response is required.

93. LLC Defendants deny the allegations contained in paragraph 93 of Plaintiff's Complaint.

94. LLC Defendants deny the allegations contained in paragraph 94 of Plaintiff's Complaint.

95. LLC Defendants deny the allegations contained in paragraph 95 of Plaintiff's Complaint.

96. LLC Defendants deny the allegations contained in paragraph 96 of Plaintiff's Complaint.

97. LLC Defendants deny the allegations contained in paragraph 97 of Plaintiff's Complaint.

98. LLC Defendants deny the allegations contained in paragraph 98 of Plaintiff's Complaint.

**RESPONSE TO FOURTH CLAIM FOR RELIEF**
**Misclassification of Employee as Independent Contractor**

99. LLC Defendants incorporate by reference their responses to paragraphs 1 through 98 of the Complaint as if set forth fully herein.

100. LLC Defendants admit the allegations contained in paragraph 100 of Plaintiff's Complaint.

101. LLC Defendants deny the allegations contained in paragraph 101 of Plaintiff's Complaint.

102. LLC Defendants deny the allegations contained in paragraph 102 of

Plaintiff's Complaint.

103. LLC Defendants deny the allegations contained in paragraph 103 of Plaintiff's Complaint.

104. LLC Defendants deny the allegations contained in paragraph 104 of Plaintiff's Complaint.

105. LLC Defendants deny the allegations contained in paragraph 105 of Plaintiff's Complaint.

106. LLC Defendants deny the allegations contained in paragraph 106 of Plaintiff's Complaint.

107. LLC Defendants deny the allegations contained in paragraph 107 of Plaintiff's Complaint.

108. LLC Defendants deny the allegations contained in paragraph 108 of Plaintiff's Complaint.

109. LLC Defendants deny the allegations contained in paragraph 109 of Plaintiff's Complaint.

110. LLC Defendants deny the allegations contained in paragraph 110 of Plaintiff's Complaint.

111. LLC Defendants deny the allegations contained in the section of Plaintiff's Complaint entitled "Prayer for Relief" and deny that she is entitled to the relief requested therein.

## GENERAL DENIAL

LLC Defendants deny all allegations contained in the Complaint not specifically

admitted herein. LLC Defendants deny that Plaintiff is entitled to the relief requested in the Complaint, including the relief identified in the "Wherefore" clause.

## JURY DEMAND

LLC Defendants demand a jury trial pursuant to Fed. R. Civ. P. 38.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted, in whole or in part.

2. Plaintiff's claims, or a portion thereof, may be barred by the applicable statute of limitations.

3. Plaintiff was an independent contractor.

4. To the extent any amounts are found due and owing to Plaintiff, if any, LLC Defendants are permitted to offset Plaintiff's claimed wages pursuant to C.R.S. § 8-4-105.

5. One or more time entry by Plaintiff was submitted fraudulently and contained hours that Plaintiff knew she did not actually work.

6. Plaintiff's claims for liquidated damages and/or statutory penalties are barred because LLC Defendants did not commit any malicious, willful, or wanton act or authority or ratify any such act toward Plaintiff. At all times, LLC Defendants acted in good faith.

7. Plaintiff has been paid for her hours worked.

8. Plaintiff may have waived her claims against LLC Defendants or may be barred by the doctrines of consent, laches, unclean hands, and/or estoppel.

9. Plaintiff failed to exhaust her administrative remedies prior to filing suit.

10. To the extent any amounts are found due and owing to Plaintiff, LLC Defendants are entitled to offset equal to the amounts they overpaid Plaintiff, if any.

11. LLC Defendants reserve the right to amend their Answer to assert additional defenses as grounds for such defenses are discovered during the course of litigation.

Wherefore, having answered the Complaint, LLC Defendants request that all claims be dismissed and that judgment enter in their favor for costs, expert witness fees, attorneys' fees, and such other relief as this Court deems appropriate.

Respectfully submitted July 15, 2026,


*s/ Stephanie E. Boutsicaris*
Andrew K. Lavin
Stephanie Boutsicaris
Gordon Rees Scully Mansukhani, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Phone: 303-200-6883
Email: alavin@grsm.com
Email: sboutsicaris@grsm.com
*ATTORNEYS FOR DEFENDANTS REVISION REAL ESTATE, LLC, and SUITES IQ LLC, d/b/a HOLIDAY CHALET A/K/A THE CHALET*

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was served on below counsel via electronic mail:

Jacob Aronauer
Law Offices of Jacob Aroneaur
250 Broadway, Suite 600
New York, New York 10007

Attorney for Plaintiff

*s/ Lisa Riggenbach*______
For Gordon Rees Scully Mansukhani, LLP